Benjamin Gottke
    VERSUS
Winn Correctional Center

DATE FEB. 10, 2019

CASE NO. #1:18-CV-01400 SEC P
Judge DRELL
Magistrate Judge PEREZ-MONTES

RECEIVED

FEB 13 2019

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

## Summary of Complaint:

Between the dates of Feburary and or March 2018 I was attacked by one or more INMATES. INMATE GREEN was ~~a~~ ONE OF the INMATES that Attacked ME. I Asked to be MOVED out of that dorm 5 to 6 times before this happen. I WAS KNOCKED ~~~~ UNCONCIOUS, WAKING up IN the hospital with bones sticking out of My lift ANKLE AND a broken left hip. I had 3 surgeries AND was told that my lift leg would have to be Amputated, At my left KnEE. I guess it took them Along time to get ME to the hospital because Infection sat in my left ANKLE where the bones was coming out of my left ANKLE. I was also told that they would have to Amputat my left leg to save my life. Once they Amputated my left leg and fixed my hip, I was TRANSFERRED to ELyan Hunt Correctional CENTER AND put UNDER DR.s AND NURSES CARE. AFraid of being Attacked again by INMATES AND AFRAid to ASK FOR Help I started peeing the bed, Falling in the shower And the bathroom. ANothER INMATE had to wASH ME IN the shower And I FElt so humiliated For peeing the bed and had to have SOMEONE WASH ME, I FElt so Helpless AND AFRAid. I'm IN pain All the time NOW AND been IN A wheelchair FOR Almost A year NOW AND NEED help doing Alot oF things NOW.

Now I live with a permanent disability. I was also a offshore worker, and now I can't go back offshore with one leg, thats all I know how to do is work offshore cooking. Also no one wants to speak to me about a aprastetic left leg and I was fitted for one at Elyan Hunts correctional center. I still feel Helpless in alot of ways. Winn correctional center fell to protect me from harm and no medcial staff was on duty because they all go home at 6p:m. Now Im here at Dixon correctional institute with no aprastetic left leg and no pain med.s. The wardens names at winn correctional center are warden Devill and Billy Tigner. I would have done this before but I was put under drs and nurers care (prison Hospital) and taken to Laf. court for 3 to 4 weeks.

THANK you For your Time IN this Matter

Benjamin Gottke #328995
Benjamin Gottke
CASE NO# 1:18-CV-01400 SEC P
DIXON Correctional Institute
Judge DRELL
MAGISTRATE Judge- PEREZ MONTES

Relief Desired

1) Fairly Campensated For my Injuries
2) Any and All lost wages
3) Provide me with Any and All Medical Records, payed For By Winn Corr. Center
4) Have Winn Corr. Center Pay Any Fees and or Fines
5) Provide me with A Aprastetic left leg
6) Provide me with A ~~spor~~ sports wheelchair

7) what ever The Judge or Judges think I receive I'll Be ok. with
8) Provide me with a stronger pain med.s