RECEIVED

APR — 4 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

DATE 03-31-2019

Objections

Gottke v. W.C.C

CASE # 1:18-CV-01400-DDD-JPM

SecP

1) The officers and staff members failed to move me after I requested to be moved 5 to 6 times. They failed to protect ~~from harm.~~ ME

2) I was attacked by another inmate and seriously injured and rendered unconscious in the attack.

3) As a result of my injuries, my left leg was amputated and a broken left hip.

4) There was No medical staff on duty to help me after I was attacked.

5) I was attacked because I turned off the fan over my bed. In which case, my left leg was amputated and my left hip was fixed.

6) now I'm permanty disabilited and in a wheelchair and in pain all the time.

7) The wardens are Billy Tigner an Deville. They should have been informed of the problem and should have moved me.

8) I was not into a fight. I was hit because I turned off the fan over my bed and woke up in the hospital with bones sticking out of my ankle and a broken hip.

9) I'm still suffering pain and in a wheelchair. I am permanatly disabled.

10) There was no medcail staff on duty at the time of me being attacked.

11) Due to the time it took W.C.C to get me to the hospital, severe infection set into my left leg, an it had tobe amputated.

12) I am an offshore worker or was, but I can't work offshore with one leg.

13) Wardens Deville and Tigner was aware and new of the deliberate indifference in failing in failing to protect me. Excessive risk to my health and safety and substantial risk of serious harm existed, as well as other officers.

14) I am not recieving any pain medication and no prosthetic left leg.

15) prison official could have protected me by moving me to another building and away from harm.

16) I have a permanant disability and in chronic pain each day