UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**BENJAMIN GOTTKE #328995**          **CASE NO.  1:18-CV-01400 SEC P**

**VERSUS**                           **JUDGE DRELL**

**WINN CORRECTIONAL CENTER ET AL**   **MAGISTRATE JUDGE PEREZ-MONTES**

## ORDER

Benjamin Gottke has appealed from a determination of the Magistrate Judge that he is not entitled to counsel for an appeal he filed (Doc. 24). The Magistrate Judge denied his request on January 29, 2020. In the interim, on January 31, his appeal was adversely decided by the US Fifth Circuit Court of Appeals (Doc 23). In the first place the appeal he has filed is denied because the Magistrate Judge's ruling was correct. In addition, as his appeal has been decided, the appeal must be denied anyway, as it is MOOT. To be clear, then, the Appeal (Doc. 24) is **DENIED AND DISMISSED**.

THUS DONE AND SIGNED this 24 day of March 2020, at Alexandria, Louisiana.

**DEE D. DRELL, JUDGE**
**UNITED STATES DISTRICT COURT**